# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES WALSH, | ) |
|           Plaintiff, | ) ) ) Case No. 1:23-cv-01425-RGA |
| v. | ) ) |
| STANDARD BIOTOOLS INC., CARLOS PAYA, MICHAEL EGHOLM, ELI CASDIN, LAURA M. CLAGUE, FENEL ELOI, MARTIN D. MADAUS, and FRANKLIN WITNEY, | ) ) JURY TRIAL DEMANDED ) ) ) ) |
|           Defendants. | ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 22, 2024             **LONG LAW, LLC**

           By:    */s/ Brian D. Long*
                   Brian D. Long (#4347)
                   3828 Kennett Pike, Suite 208
                   Wilmington, DE 19807
                   Telephone: (302) 729-9100
                   Email: BDLong@longlawde.com

                   *Attorneys for Plaintiff*